In the Matter of MAURICE J. BURNS, Appellant, against EDWARD J. FLYNN, as Secretary of the State of New York, et al., Respondents.

(Argued July 11, 1935; decided July 11, 1935.)

*James A. Smyth* and *George W. Tucker* for appellant.
*John J. Bennett, Jr., Attorney-General (Henry Epstein* of counsel), for Edward J. Flynn, Secretary of State, respondent.

*Paul Windels, Corporation Counsel (Paxton Blair* and *Russell Lord Tarbox* of counsel), for The Board of Elections in the City of New York, respondent.

Order affirmed, without costs. Apportionment is a duty placed by the Constitution on the Legislature, over which the courts have no jurisdiction. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.